IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                          CHAPTER 13 NO.:
CELESTE ANN WOMACK                    13-02957-EE

## AGREED ORDER

THIS CAUSE came on for agreement by and between the parties at the Debtors' 341a Meeting of Creditors; and the Court being fully advised in the premises does hereby find and Order as follows:

THAT, in lieu of an Objection to Confirmation, the parties agree that should the Debtors become more than 60 days delinquent in Chapter 13 Plan Payments, calculated from the first day of the first delinquent month, this case may be dismissed without further notice or hearing.

SO ORDERED

_Edward Ellington_
Edward Ellington
United States Bankruptcy Judge
Dated: November 20, 2013

APPROVED:

_/s/ H.J.B._
Harold J. Barkley, Jr. – Msb #2008
Chapter 13 Trustee
Post Office Box 4476
Jackson, Ms 39296-4476
Fax: 601-362-8826
Telephone: 601-362-6161
e-mail: hjb@hbarkley13.com

_signature_
ATTORNEY FOR DEBTOR