IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                                                    CHAPTER 13 NO.:

CELESTE ANN WOMACK                                                                       13-02957 – EE

TRUSTEE'S MOTION FOR CLARIFICATION

COMES NOW Trustee, Harold J. Barkley, Jr., and files this his Motion for Clarification, the above styled and numbered case; and in support thereof would most respectfully show unto this Honorable Court as follows:

1. The on May 10, 2018, the Debtor and Creditor TTLBL, LLC entered into an Agreed order resolving Adversary Proceeding 18-0006.  In said order, the parties agreed that the Debtor would pay the taxes, fees, and statutory interest paid by the creditor in the amount of $3,290.45 over the remaining life of the Debtor's Chapter 13 plan.

2. That, the Debtor already completed her Chapter 13 plan payments and the Trustee released her wage order on April 12, 2018.  Therefore, the Trustee cannot abide by the terms of the Agreed order.

3. That, the Trustee wishes to enter an agreed order with the creditor TTLBL, LLC and the Debtor clarifying the previous order and outlining a new agreement that all parties can perform.

4. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Motion be received and filed and upon a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Motion and for such other, further and general relief to which the Trustee and this bankrupt estate may be entitled.

Dated:  June 25, 2018

Respectfully submitted,

    /s/ Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM

## CERTIFICATE

I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U S Trustee
ustpregion05.ja.ecf@usdoj.gov

Hon. Richard R. Grindstaff
grindstaf@yahoo.com

Hon. James Eldred Renfroe
648 Lakeland East Drive, Ste. A
Jackson, MS 39232

Celeste Ann Womack
5458 Terry Road
Byram, MS 39272


Dated:  June 25, 2018

                                                /s/ Harold J. Barkley, Jr.
                                                HAROLD J. BARKLEY, JR.