IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                                                       CHAPTER 13 NO.:

CELESTE ANN WOMACK                                                                         13-02957 – EE

TRUSTEE'S RESPONSE TO
DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF DISCHARGE

COMES NOW Trustee, Harold J. Barkley, Jr., and files this his Response to the Debtor's Certification and Motion for Entry of Discharge (DK # 72); and in support thereof would most respectfully show unto this Honorable Court as follows:

1. That, the Trustee's Motion for Clarification is pending.
2. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Response be received and filed and upon a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Response and for such other, further and general relief to which the Trustee and this bankrupt estate may be entitled.

Dated:  June 26, 2018

Respectfully submitted,

          /s/ Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM

## **C E R T I F I C A T E**

      I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U S Trustee
ustpregion05.ja.ecf@usdoj.gov

Hon. Richard R. Grindstaff
grindstaf@yahoo.com

Celeste Ann Womack
5458 Terry Road
Byram, MS 39272


Dated:  June 26, 2018

                                                             /s/ Harold J. Barkley, Jr.
                                                           HAROLD J. BARKLEY, JR.