

**SO ORDERED,**

*Edward Ellington*

Judge Edward Ellington
United States Bankruptcy Judge
Date Signed: August 3, 2018

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:

CELESTE ANN WOMACK

CHAPTER 13 NO.:

13 – 02957 – EE

## AGREED ORDER

THIS CAUSE came before the Court on *ore tenus motion* and the Court being fully advised in the premises does hereby find that the parties agree as follows:

THAT, the Debtor shall be responsible for resolving all issues regarding the tax sale to TTLBL, LLC directly.

##END OF ORDER##

AGREED:

_____
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

/s/ Richard R. Grindstaff
_____
RICHARD R. GRINDSTAFF
ATTORNEY FOR DEBTOR

*James E. Renfroe w/ Permission*
_____
JAMES E. RENFROE
ATTORNEY FOR TTLBL, LLC